STEPHEN R. MICK [SBN 131569]
JOANNA H. KIM [SBN183799]
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   (310) 229-1000
Facsimile:   (310) 229-1001

EDWARD F. MANNINO
*(pro hac vice application pending)*
AKIN GUMP STRAUSS HAUER & FELD LLP
2005 Market Street, Suite 2200
Philadelphia, PA 19103
Telephone:   (215) 965-1200
Facsimile:   (215) 965-1210

Attorneys for Plaintiff
VERISIGN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERISIGN, INC., a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>IDN TECHNOLOGIES LLC, a limited liability company,<br><br>    Defendant. | Case No. 05-00099 PJH<br><br>**E-FILING**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE IMPENDING DATES PENDING THE EXECUTION OF SETTLEMENT AGREEMENT** |

- 1 -

5742523

Plaintiff VeriSign, Inc. ("VeriSign") and Defendant IDN Technologies LLC ("IDNT"), through their respective counsel of record, hereby agree and stipulate to the entry of the following Stipulation and Proposed Order:

WHEREAS, on April 7, 2005, the Court issued an order, scheduling the case management conference for June 9, 2005, requiring the parties to submit a joint case management conference statement by June 2, 2005, requiring the parties to engage in a settlement conference before the Honorable Magistrate Judge Elizabeth D. Laporte "by June 8, 2005 or as soon thereafter as convenient for the judge";

WHEREAS, IDNT's answer to VeriSign's complaint is due by June 6, 2005;

WHEREAS, due to limited availability in Judge Laporte's calendar and scheduling difficulties of the parties, the earliest available date to conduct a settlement conference before Judge Laporte is on July 13, 2005, and hence the parties have reserved that date for the settlement conference;

WHEREAS, the parties have already reached a settlement in principal, have engaged in discussions regarding the drafting of the settlement agreement, and believe that the settlement agreement will be documented and executed prior to the scheduled settlement conference of July 13, 2005;

WHEREAS, the anticipated settlement agreement will obviate the need for (1) IDNT's answer, (2) the case management conference statement, (3) the case management conference, and (4) the settlement conference;

WHEREAS, in view of the anticipated settlement agreement, the parties seek to continue (1) IDNT's deadline to file its answer to July 13, 2005, (2) the deadline for the parties to submit a case management conference statement to July 13, 2005, and (3) the timing of the case management conference to a time convenient to the Court after July 13, 2005; and

WHEREAS, the parties intend to immediately notify the Court once the settlement agreement is executed.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between IDNT and VeriSign that (1) IDNT's deadline to file its answer is continued to July 13, 2005, (2) the

1  deadline for the parties to submit a case management conference statement is continued to July
2  13, 2005, and (3) the timing of the case management conference is continued to a time
3  convenient to the Court after July 13, 2005, on  August 25         , 2005.

4  Dated: June 2, 2005                              AKIN GUMP STRAUSS HAUER & FELD LLP

6                                                   By _____
                                                            Joanna H. Kim
7  Dated: June 2, 2005                                     Attorneys for Plaintiff

9                                                   By _____
                                                            Neil Cohen
                                                        Attorneys for Defendant
10                                                       IDN TECHNOLOGIES, LLC

11      IT IS SO ORDERED:

12  Dated: June 3, 2005

                                                    _____
                                                       Honorable Phyllis J. Hamilton
                                                       United States District Court Judge

AKIN GUMP STRAUSS HAUER & FELD LLP
2029 CENTURY PARK EAST
SUITE 2400
LOS ANGELES, CA 90067

DOCUMENT PREPARED
ON RECYCLED PAPER

5742523

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE IMPENDING DATES
PENDING THE EXECUTION OF SETTLEMENT AGREEMENT

1 deadline for the parties to submit a case management conference statement is continued to July
2 13, 2005, and (3) the timing of the case management conference is continued to a time
3 convenient to the Court after July 13, 2005, on _____, 2005.

4 Dated: June 2, 2005                    AKIN GUMP STRAUSS HAUER & FELD LLP

6                                         By_____
                                              Joanna H. Kim
7 Dated: June 2, 2005                        Attorneys for Plaintiff

8                                         By_____
9                                             Neil Cohen
                                              Attorney for Defendant
10                                            IDN TECHNOLOGIES, LLC

11      IT IS SO ORDERED:

12 Dated: June __, 2005

14                                        _____
15                                            Honorable Phyllis J. Hamilton
                                              United States District Court Judge