1  STEPHEN R. MICK [SBN 131569]
   JOANNA H. KIM [SBN183799]
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   2029 Century Park East, Suite 2400
3  Los Angeles, California 90067
   Telephone:    (310) 229-1000
4  Facsimile:    (310) 229-1001

5  EDWARD F. MANNINO
   *(pro hac vice application pending)*
6  AKIN GUMP STRAUSS HAUER & FELD LLP
   2005 Market Street, Suite 2200
7  Philadelphia, PA 19103
   Telephone:   (215) 965-1200
8  Facsimile:    (215) 965-1210

9
   Attorneys for Plaintiff
10 VERISIGN, INC.

11

12            UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15 VERISIGN, INC., a corporation,        ) Case No. 05-00099 PJH
                                         )
16      Plaintiff,                       ) **E-FILING**
                                         )
17      vs.                              ) **STIPULATION AND [PROPOSED] ORDER
                                         ) TO BRIEFLY CONTINUE IMPENDING
18 IDN TECHNOLOGIES LLC, a limited       ) DATES PENDING THE EXECUTION OF
   liability company,                    ) SETTLEMENT AGREEMENT**
19                                       )
        Defendant.                       )
20                                       )
                                         )
21                                       )
                                         )
22 _____ )

23

24

25

26

27

28

— 1 —

Plaintiff VeriSign, Inc. ("VeriSign") and Defendant IDN Technologies LLC ("IDNT"), through their respective counsel of record, hereby agree and stipulate to the entry of the following Stipulation and Proposed Order:

WHEREAS, on June 3, 2005, the Court issued an order, continuing the case management conference for August 25, 2005, requiring the parties to submit a joint case management conference statement by July 13, 2005;

WHEREAS, on June 3, 2005, the Court issued an order, continuing the deadline for IDNT to answer VeriSign's complaint by July 13, 2005;

WHEREAS, the parties have already reached a settlement in principal, have exchanged multiple drafts of the settlement agreement, and believe that the settlement agreement will be executed within the next few days;

WHEREAS, the anticipated settlement agreement will obviate the need for (1) IDNT's answer, (2) the case management conference statement, and (3) the case management conference;

WHEREAS, in view of the anticipated settlement agreement, the parties seek a brief continuance of five court days to continue (1) IDNT's deadline to file its answer from July 13, 2005 to July 20, 2005, and (2) the deadline for the parties to submit a case management conference statement from July 13, 2005 to July 20, 2005; and

WHEREAS, the parties intend to immediately notify the Court once the settlement agreement is executed.

1  NOW THEREFORE, IT IS HEREBY STIPULATED by and between IDNT and
2  VeriSign that (1) IDNT's deadline to file its answer is continued to July 20, 2005 and (2) the
3  deadline for the parties to submit a case management conference statement is continued to July
4  20, 2005.

5  Dated: July 13, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Joanna H. Kim
Attorneys for Plaintiff

Dated: July 13, 2005

By _____/s/_____
Neil Cohen
Attorneys for Defendant
IDN TECHNOLOGIES, LLC

IT IS SO ORDERED:

Dated: July 15 2005

_____
Honorable Phyllis J. Hamilton
United States District Court Judge