STEPHEN R. MICK (SBN 131569)
JOANNA H. KIM (183799)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    310-229-1000
Facsimile:    310-229-1001
E-mail:       smick@akingump.com
              jkim@akingump.com

EDWARD F. MANNINO (*pro hac vice application pending*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2005 Market Street, Suite 2200
Philadelphia, Pennsylvania 19103
Telephone:    215-965-1200
Facsimile:    215-965-1210
E-mail:       emannino@akingump.com

Attorneys for Plaintiff
VERISIGN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERISIGN, INC., a corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>IDN TECHNOLOGIES LLC, a limited liability company,<br><br>             Defendant. | Case No. CV-05-00099 (PJH)<br><br>E-FILING<br><br>**STIPULATED AND [**~~PROPOSED~~**]<br>ORDER RE DISMISSAL** |

5754474

STIPULATED AND [PROPOSED] ORDER RE DISMISSAL

CV-05-00099 (PJH)

**STIPULATED AND [PROPOSED] ORDER RE DISMISSAL**

Plaintiff, VeriSign, Inc.. ("VeriSign") together with Defendant IDN Technologies LLC, ("IDNT"), hereby agree and stipulate to resolve the instant action by way of settlement:

NOW THEREFORE, IT IS HEREBY STIPULATED THAT pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Court enter a dismissal of this Action, Case No. CV-05-00099 (PJH), in its entirety and with prejudice, with the Parties to bear their own fees and costs.

IT IS FURTHER STIPULATED THAT the Parties further stipulate, agree and consent that the U.S. District Court for the Northern District of California, and specifically that the Honorable Phyllis J. Hamilton, or other Judge subsequently assigned by the Court, shall retain jurisdiction over all disputes between the Parties arising out of the settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement and/or entry of judgment should the need arise.

Dated: July 20, 2005

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _Stephen R. Mick / Joanne Kim for_
Stephen R. Mick
Attorneys for Plaintiff
VERISIGN, INC.

Dated: July 8, 2005

By: _Neil Cohen_
Neil Cohen
Attorneys for Defendant
IDN TECHNOLOGIES, LLC

IT IS SO ORDERED:

Dated: July 22, 2005

_Honorable Phyllis J. Hamilton_
United States District Court Judge